**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 20-cv-01559-RMR-MEH

SHARHEA L. WISE,

     Plaintiff,

v.

LOUIS DEJOY, United States Postal Service Postmaster General,

     Defendant.

---

## MOTION TO WITHDRAW

---

The government, by and through undersigned counsel, respectfully moves the court for an order allowing AUSA Michael Johnson to withdraw as counsel of record in this matter. AUSA V. William Scarpato III has been and continues as lead counsel for the government.   Mr. Johnson entered for the limited purposes of monitoring appeal-related proceedings, which have concluded at this time.

     Respectfully submitted this 10th day of January, 2024.

                    COLE FINEGAN
                    United States Attorney

                    *s/ Michael C. Johnson*
                    MICHAEL C. JOHNSON
                    Assistant U.S. Attorney
                    1801 California Street, Suite 1600
                    Denver, Colorado 80202
                    Telephone: 303.454.0100
                    USACO.ECFAppellate@usdoj.gov

                    Attorneys for the Defendant

1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CERTIFICATE OF SERVICE (CM/Colorado)**

I hereby certify that on <u>January 10, 2024</u>, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system.   Participants in the case who are registered

CM/ECF users will be served by the CM/ECF system.

<u>*s/ Kayla Keiter*   </u>
KAYLA KEITER
U.S. Attorney's Office